UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:92MC40 (AHN) |
| ALEYDA TAMAYO | : | October 11, 2005 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        CHRISTINE SCIARRINO
        ATTORNEY BAR NO: CT03393
        ATTORNEY FOR THE DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
        P. O. BOX 1824
        NEW HAVEN, CT 06508
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5392
        E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

    This is to certify that a copy of the foregoing was mailed postage prepaid on this 11th day of October, 2005 to:

Aleyda Tamayo
Hartford, Connecticut

                                                                                                            _____
                                                                                                            Christine Sciarrino