UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | : |
| v. | : Docket No. 3:92MC40 (ANH) |
| Aleyda Tamayo | : |

POST-JUDGMENT STIPULATION

Whereas, on May 11, 1989 criminal judgment was entered against the defendant, Aleyda Tamayo, for the sum of $10,000.00; and

Whereas, the Government and the defendant, Aleyda Tamayo, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Aleyda Tamayo and ORDERED by this Court that:

1. Aleyda Tamayo shall make monthly payments of $150.00, on the **15th** day of each and every month commencing on **October 15, 2005**.

2. Aleyda Tamayo shall make monthly payments of $200.00, on the **15th** day of each and every month commencing on **February 15, 2006**.

3. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United Stated District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Checks must reference the above docket number.

4. The current balance of Ms. Tamayo's criminal debt as of September 29, 2005 is $9,374.40.

5. Aleyda Tamayo agrees to complete a financial statement upon the Government's request.

6. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Aleyda Tamayo's financial circumstances.

7. Aleyda Tamayo's failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

8.   In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Aleyda Tamayo's is entitled may be offset and applied to this debt.

9.   The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

10.  Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Aleyda Tamayo has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: October 6, 2005      /s/ Christine Sciarrino
CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 10/5/05      /s/ Aleyda Tamayo
ALEYDA TAMAYO
HARTFORD, CONNECTICUT  06106


APPROVED and SO ORDERED this _____ day of _____ 2005 at Bridgeport, Connecticut.

_____
ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

-4-